# UNITED STATES BANKRUPTCY COURT
# Southern District of New York

WorldCom, Inc.

Case Number: 02-13533 (AJG)

## *SUBJECT TO GENERAL NOTES TO SCHEDULE A/B*

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED YES / NO | NO. OF SHEETS | ASSETS * | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - REAL PROPERTY | YES | 1 | See Schedule A/B | | |
| B - PERSONAL PROPERTY | YES | 1 | See Schedule A/B | | |
| C - PROPERTY CLAIMED AS EXEMPT | NO | 0 | N/A | | |
| D - CREDITORS HOLDING SECURED CLAIMS | NO | 0 | | ** | |
| E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS | NO | 0 | | ** | |
| F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS | NO | 0 | | ** | |
| G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | NO | 0 | | | |
| H - CODEBTORS | NO | 0 | | | |
| I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| **Total number of sheets of all Schedules** | | 1 | | | |
| **Total Assets >** | | | See Schedule A/B | | |
| **Total Liabilities >** | | | | ** | |

\* See General Notes.

\*\* The Debtor's schedules of liabilities were separately filed on or before November 4, 2002.

**UNITED STATES BANKRUPTCY COURT**
Southern District of New York

**SCHEDULE A/B**
**Unaudited Consolidated Schedule of Assets for**
**WorldCom, Inc. and Subsidiaries**
**(Excluding Intermedia Communications Inc. and Subsidiaries)**
**(Includes Non Debtor Entities)**

Current Assets

| | |
|---|---:|
| Cash and Cash Equivalents | $2,058,593,911 |
| Accounts Receivable, Net | 3,807,195,233 |
| Other Current Assets | 833,136,832 |
| Assets of Operations Held for Sale | 730,569,822 |
| Total Current Assets | 7,429,495,798 |
| Property, Plant & Equipment, Net | 9,228,994,857 |
| Intangibles | 787,430,433 |
| Other LT Assets | 2,023,822,652 |
| **Total Assets** | **$19,469,743,740** |

### GENERAL NOTES REGARDING THE DEBTOR'S SCHEDULE OF ASSETS

Financial Information
The information provided herein, except as otherwise noted, is as of the close of business on June 30, 2002.

Unaudited Financial Information
The Schedules have been prepared by the Debtor's management and are unaudited. While management of the Debtor has sought to ensure that the Schedules are accurate and complete based upon information that was available at the time of preparation, the subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules.

Intercompany Claims
Prior to the Commencement Date, WorldCom, Inc. and its subsidiaries and affiliates, including the Debtors, routinely engaged in intercompany transactions resulting in intercompany accounts payable and receivable. Since the Commencement Date, the Debtor has been conducting a review of prepetition intercompany accounts. Based upon this review, intercompany account balances are listed in the Schedules and Statements as undetermined.

Restatement
The Debtors are in the process of restating their financial statements. This restatement may result in adjustments to the Schedules. The Debtors will amend their Schedules for material changes, if any, that arise in the restatement process.

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

**WorldCom, Inc.**
**Case Number: 02-13533 (AJG)**

### GENERAL NOTES REGARDING THE DEBTOR'S SCHEDULE A/B

Schedule A/B hereto sets forth the assets of the following Debtors on a consolidated basis:

| | | | |
|---|---|---|---|
| 1. | 1-800-Collect, Inc. | 45. | CS Wireless Systems, Inc. |
| 2. | ALD Communications, Inc. | 46. | E.L. Acquisition, Inc. |
| 3. | B.T.C. Real Estate Investments, Inc. | 47. | Fibercom of Missouri, Inc. |
| 4. | BFC Communications, Inc. | 48. | FiberNet Rochester, Inc. |
| 5. | Bittel Telecommunications Corporation | 49. | Fibernet, Inc. |
| 6. | Brooks Fiber Communications of Arkansas, Inc. | 50. | Healan Communications, Inc. |
| 7. | Brooks Fiber Communications of Bakersfield, Inc. | 51. | Institutional Communications Company |
| 8. | Brooks Fiber Communications of Connecticut, Inc. | 52. | Intelligent Investment Partners, Inc. |
| 9. | Brooks Fiber Communications of Fresno, Inc. | 53. | J.B. Telecom, Inc. |
| 10. | Brooks Fiber Communications of Idaho, Inc. | 54. | Jones Lightwave of Denver, Inc. |
| 11. | Brooks Fiber Communications of Massachusetts, Inc. | 55. | Marconi Telegraph Cable Company, Inc. |
| 12. | Brooks Fiber Communications of Michigan, Inc. | 56. | MCI Canada, Inc. |
| 13. | Brooks Fiber Communications of Minnesota, Inc. | 57. | MCI Communications Corporation |
| 14. | Brooks Fiber Communications of Mississippi, Inc. | 58. | MCI Equipment Acquisition Corporation |
| 15. | Brooks Fiber Communications of Missouri, Inc. | 59. | MCI Galaxy III Transponder Leasing, Inc. |
| 16. | Brooks Fiber Communications of Nevada, Inc. | 60. | MCI Global Access Corporation |
| 17. | Brooks Fiber Communications of New England, Inc. | 61. | MCI Global Support Corporation |
| 18. | Brooks Fiber Communications of New Mexico, Inc. | 62. | MCI International Services, L.L.C. |
| 19. | Brooks Fiber Communications of New York, Inc. | 63. | MCI International Telecommunications Corporation |
| 20. | Brooks Fiber Communications of Ohio, Inc. | 64. | MCI International Telecommunications Holding |
| 21. | Brooks Fiber Communications of Oklahoma, Inc. | 65. | MCI International, Inc. |
| 22. | Brooks Fiber Communications of Rhode Island, Inc. | 66. | MCI Investments Holdings, Inc. |
| 23. | Brooks Fiber Communications of Sacramento, Inc. | 67. | MCI Network Technologies, Inc. |
| 24. | Brooks Fiber Communications of San Jose, Inc. | 68. | MCI Omega Properties, Inc. |
| 25. | Brooks Fiber Communications of Stockton, Inc. | 69. | MCI Payroll Services, LLC |
| 26. | Brooks Fiber Communications of Tennessee, Inc. | 70. | MCI Research, Inc. |
| 27. | Brooks Fiber Communications of Texas, Inc. | 71. | MCI Systemhouse L.L.C. |
| 28. | Brooks Fiber Communications of Tucson, Inc. | 72. | MCI Transcon Corporation |
| 29. | Brooks Fiber Communications of Tulsa, Inc. | 73. | MCI Wireless, Inc. |
| 30. | Brooks Fiber Communications of Utah, Inc. | 74. | MCI WORLDCOM Brands, L.L.C. |
| 31. | Brooks Fiber Communications of Virginia, Inc. | 75. | MCI WORLDCOM Brazil, LLC |
| 32. | Brooks Fiber Communications-LD, Inc. | 76. | MCI WORLDCOM Brooks Telecom, LLC |
| 33. | Brooks Fiber Properties, Inc. | 77. | MCI WORLDCOM Capital Management Corporation |
| 34. | BTC Finance Corp. | 78. | MCI WORLDCOM Communications of Virginia, Inc. |
| 35. | BTC Transportation Corporation | 79. | MCI WORLDCOM Communications, Inc. |
| 36. | CC Wireless, Inc. | 80. | MCI WORLDCOM Financial Management |
| 37. | Chicago Fiber Optic Corporation | 81. | MCI WORLDCOM Global Networks U.S., Inc. |
| 38. | Com Systems, Inc. | 82. | MCI WORLDCOM International, Inc. |
| 39. | COM/NAV Realty Corp. | 83. | MCI WorldCom Management Company, Inc. |
| 40. | Compuplex Incorporated | 84. | MCI WORLDCOM MFS Telecom, LLC |
| 41. | Cross Country Telecommunications, Inc. | 85. | MCI WORLDCOM Network Services of Virginia, |
| 42. | Cross Country Wireless, Inc. | 86. | MCI WORLDCOM Network Services, Inc. |
| 43. | CS Network Services, Inc. | 87. | MCI WORLDCOM Synergies Management Company, |
| 44. | CS Wireless Battle Creek, Inc. | 88. | MCI/OTI Corporation |

**WorldCom, Inc.**
Case Number: 02-13533 (AJG)

**GENERAL NOTES REGARDING THE DEBTOR'S SCHEDULE A/B**

| | | | |
|---|---|---|---|
| 89. | MCImetro Access Transmission Services LLC | 130. | Metropolitan Fiber Systems/McCourt, Inc. |
| 90. | MCImetro Access Transmission Services of Virginia, Inc. | 131. | MFS CableCo U.S., Inc. |
| 91. | Metrex Corporation | 132. | MFS Datanet, Inc. |
| 92. | Metropolitan Fiber Systems of Alabama, Inc. | 133. | MFS Foreign Personnel, Inc. |
| 93. | Metropolitan Fiber Systems of Arizona, Inc. | 134. | MFS International Holdings, L.L.C. |
| 94. | Metropolitan Fiber Systems of Baltimore, Inc. | 135. | MFS Telecom, Inc. |
| 95. | Metropolitan Fiber Systems of California, Inc. | 136. | MFS Telephone of Missouri, Inc. |
| 96. | Metropolitan Fiber Systems of Columbus, Inc. | 137. | MFS Telephone of New Hampshire, Inc. |
| 97. | Metropolitan Fiber Systems of Connecticut, Inc. | 138. | MFS Telephone of Virginia, Inc. |
| 98. | Metropolitan Fiber Systems of Dallas, Inc. | 139. | MFS Telephone, Inc. |
| 99. | Metropolitan Fiber Systems of Delaware, Inc. | 140. | MFS/C-TEC |
| 100. | Metropolitan Fiber Systems of Denver, Inc. | 141. | MFSA Holding, Inc. |
| 101. | Metropolitan Fiber Systems of Detroit, Inc. | 142. | Military Communications Center, Inc. |
| 102. | Metropolitan Fiber Systems of Florida, Inc. | 143. | MobileComm Europe Inc. |
| 103. | Metropolitan Fiber Systems of Hawaii, Inc. | 144. | Mtel American Radiodetermination Corporation |
| 104. | Metropolitan Fiber Systems of Houston, Inc. | 145. | Mtel Asia, Inc. |
| 105. | Metropolitan Fiber Systems of Indianapolis, Inc. | 146. | Mtel Cellular, Inc. |
| 106. | Metropolitan Fiber Systems of Iowa, Inc. | 147. | Mtel Digital Services, Inc. |
| 107. | Metropolitan Fiber Systems of Kansas City, Missouri, Inc. | 148. | Mtel International, Inc. |
| 108. | Metropolitan Fiber Systems of Kansas, Inc. | 149. | Mtel Latin America, Inc. |
| 109. | Metropolitan Fiber Systems of Kentucky, Inc. | 150. | Mtel Microwave, Inc. |
| 110. | Metropolitan Fiber Systems of Massachusetts, Inc. | 151. | Mtel Service Corporation |
| 111. | Metropolitan Fiber Systems of Minneapolis/St. Paul, Inc. | 152. | Mtel Space Technologies Corporation |
| 112. | Metropolitan Fiber Systems of Nebraska, Inc. | 153. | Mtel Technologies, Inc. |
| 113. | Metropolitan Fiber Systems of Nevada, Inc. | 154. | N.C.S. Equipment Corporation |
| 114. | Metropolitan Fiber Systems of New Hampshire, Inc. | 155. | networkMCI, Inc. |
| 115. | Metropolitan Fiber Systems of New Jersey, Inc. | 156. | New England Fiber Communications L.L.C. |
| 116. | Metropolitan Fiber Systems of New Orleans, Inc. | 157. | Northeast Networks, Inc. |
| 117. | Metropolitan Fiber Systems of New York, Inc. | 158. | Nova Cellular Co. |
| 118. | Metropolitan Fiber Systems of North Carolina, Inc. | 159. | Overseas Telecommunications, Inc. |
| 119. | Metropolitan Fiber Systems of Ohio, Inc. | 160. | SkyTel Communications, Inc. |
| 120. | Metropolitan Fiber Systems of Oklahoma, Inc. | 161. | SkyTel Corp. |
| 121. | Metropolitan Fiber Systems of Oregon, Inc. | 162. | SkyTel Payroll Services, LLC |
| 122. | Metropolitan Fiber Systems of Philadelphia, Inc. | 163. | Southern Wireless Video, Inc. |
| 123. | Metropolitan Fiber Systems of Pittsburgh, Inc. | 164. | Southernnet of South Carolina, Inc. |
| 124. | Metropolitan Fiber Systems of Rhode Island, Inc. | 165. | Southernnet Systems, Inc. |
| 125. | Metropolitan Fiber Systems of Seattle, Inc. | 166. | Southernnet, Inc. |
| 126. | Metropolitan Fiber Systems of St. Louis, Inc. | 167. | Telecom*USA, Inc. |
| 127. | Metropolitan Fiber Systems of Tennessee, Inc. | 168. | Teleconnect Company |
| 128. | Metropolitan Fiber Systems of Virginia, Inc. | 169. | Teleconnect Long Distance Services & Systems Co. |
| 129. | Metropolitan Fiber Systems of Wisconsin, Inc. | 170. | Tenant Network Services, Inc. |

# UNITED STATES BANKRUPTCY COURT
# Southern District of New York

**WorldCom, Inc.**
**Case Number: 02-13533 (AJG)**

**GENERAL NOTES REGARDING THE DEBTOR'S SCHEDULE A/B**

| | | | |
|---|---|---|---|
| 171. | TMC Communications, Inc. | 188. | Wireless Video Services |
| 172. | TransCall America, Inc. | 189. | WorldCom Broadband Solutions, Inc. |
| 173. | Tru Vision Wireless, Inc. | 190. | WorldCom Caribbean, Inc. |
| 174. | Tru Vision-Flippin, Inc. | 191. | WorldCom East, Inc. |
| 175. | TTI National, Inc. | 192. | WorldCom ETC, Inc. |
| 176. | UUNET Australia Limited | 193. | WorldCom Federal Systems, Inc. |
| 177. | UUNET Caribbean, Inc. | 194. | WorldCom ICC, Inc. |
| 178. | UUNET Holdings Corp. | 195. | WorldCom International Data Services, Inc. |
| 179. | UUNET International Ltd. | 196. | WorldCom International Mobile Services LLC |
| 180. | UUNET Japan Ltd. | 197. | WorldCom International Mobile Services, Inc. |
| 181. | UUNET Payroll Services, LLC | 198. | WorldCom International, Inc. |
| 182. | UUNET Technologies, Inc. | 199. | WorldCom Overseas Holdings, Inc. |
| 183. | Virginia Metrotel, Inc. | 200. | WorldCom Payroll Services, LLC |
| 184. | Western Business Network, Inc. | 201. | WorldCom Purchasing, LLC |
| 185. | Wireless One, Inc. | 202. | WorldCom Switzerland LLC |
| 186. | Wireless Video Enhanced Services | 203. | WorldCom Ventures, Inc. |
| 187. | Wireless Video Enterprises, Inc. | 204. | WorldCom Wireless, Inc. |
| | | 205. | WorldCom, Inc. |

| WorldCom, Inc. | Case Number: 02-13533 (AJG) |
|---|---|

# DECLARATION CONCERNING DEBTOR'S SCHEDULE A/B

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the SVP Acting Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedule, and that they are true and correct to the best of my knowledge, information and belief.

**Date:** April 14, 2003     **Signature:** *[signature]*

Victoria D. Harker, SVP Acting Chief Financial Officer
**Name and Title**

*Penalty for making a false statement: Fine of up to $500,000, or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*