Daniel H. Golden, Esq. (DG-5624)
Ira S. Dizengoff, Esq. (ID-9980)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Attorneys for the Official Committee of
Unsecured Creditors of WorldCom, Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                    :         Chapter 11
:
WorldCom, Inc., et al.,                   :         Case No. 02-13533 (AJG)
:
:         Jointly Administered
                               Debtors.   :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )

FRANK GRESE

     1.    Deponent is not a party to this action, is over 18 years of age and is an employee of Akin Gump Strauss Hauer & Feld LLP, 590 Madison Avenue, New York, New York 10022.

     2.    On July 29, 2003, I caused true and correct copies of the (i) *Motion for Intervention of the Official Committee of Unsecured Creditors of WorldCom, Inc., et al.* filed by Ira S. Dizengoff on behalf of Official Committee of Unsecured Creditors of WorldCom, Inc., to be served upon each of the parties on the service list annexed to this Affidavit as Service List.

       /s/ Frank Grese_____
       FRANK GRESE

Sworn to before me this
4th day of August, 2003

   /s/ Kathleen M. Kalaher
      Kathleen M. Kalaher
      Notary Public, State of New York
      No. 02-KA6067522
      Qualified in New York County
      Commission Expires 12/05/2005

600466.0001 NEW YORK  400775 v1

**Via Fed-Ex**

| |
|---|
| WEIL, GOTSHAL & MANGES LLP<br>Attorneys for Debtors and Debtors In Possession<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Attn:   Marcia L. Goldstein, Esq.<br>          Lori R. Fife, Esq. |
| WEIL, GOTSHAL & MANGES LLP<br>Attorneys for Debtors and Debtors In Possession<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>Attn:   Alfredo R. Perez, Esq. |
| Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn: Mary Tom, Esq. |
| Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022<br>Attn:   Mark Broude, Esq. |
| Piper Rudnick<br>1251 Avenue of the Americas<br>New York, NY  10020-1104<br>Attn:   Timothy Walsh, Esq. |
| Piper Rudnick<br>6225 Smith Avenue<br>Baltimore, MD  21209<br>Attn:   Quincy M. Crawford, Esq. |
| Brown Rudnick Berlack Israels LLP<br>120 West 45th Street<br>New York, NY  10036<br>Attn:   Edward S. Weisfelner |
| Brown Rudnick Berlack Israels LLP<br>One Financial Center<br>Boston, MA  02111<br>Attn:   Steven D. Pohl |
| Honorable Judge Arthur J. Gonzalez<br>U.S. Bankruptcy Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>U.S. Customs House<br>One Bowling Green<br>New York, NY 10004 |