STINSON MORRISON HECKER LLP
Attorneys for Debtors and Debtors in Possession
1201 Walnut Street
Kansas City, MO 64106-2150
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Mark A. Shaiken
Norman E. Beal
Angela G. Heppner

STINSON MORRISON HECKER LLP
Attorneys for Debtors and Debtors in Possession
1150 18th Street Suite 800
Washington, DC 20036-3816
(202) 785-9100-Telephone
(202) 785-9163- Facsimile
Michael E. Tucci

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re                                              :
                                                   :     Chapter 11 Case No.
WORLDCOM, INC., et al.,                            :     02-13533 (AJG)
                                                   :
                                                   :     (Jointly Administered)
                              Debtors.             :
-------------------------------------------------------x

## CERTIFICATE OF DISCOVERY

I hereby certify that Reorganized Debtors served its Interrogatories and Request for

Admissions upon Claimant, Michael Jordan, via Federal Express on the 13th day of August, 2007

to the following:

> Jason M. Torf, Esquire
> Schiff Hardin LLP
> 6600 Sears Tower
> Chicago, Illinois 60606-64723
> Attorneys for Michael Jordan

Dated: August 14, 2007

/s/ Angela G. Heppner
Michael E. Tucci
STINSON MORRISON HECKER LLP
1150 18th Street, NW, Suite 800
Washington, D.C. 20036-3816
Telephone: (202) 785-9100
Facsimile: (202) 785-9163
Attorneys for Reorganized Debtors and
Debtors in Possession

Mark A. Shaiken
Norman E. Beal
Angela G. Heppner
STINSON MORRISON HECKER LLP
1201 Walnut Street
Kansas City, MO 64106-2150
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Attorneys for Reorganized Debtors and
Debtors in Possession

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Certificate of Discovery was sent via U.S. Mail, postage prepaid, this 14th day of August, 2007, to:

Mr. Jason M. Torf
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606-6473

/s/ Angela G. Heppner
Angela G. Heppner